IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
        Plaintiff, )
 )
    v. )
 )
PRODUCTIVITY IMPROVEMENT )
CENTER, INC. )
 )
        Defendant. )
 )

CIVIL ACTION NO.
3:05cv465WHB-AGN

COMPLAINT

Jury Trial Demand

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Jane Doe[1] who was adversely affected by such practices. As alleged with greater particularity in paragraphs 7 through 24 below, Jane Doe was sexually harassed by her supervisor, George Luckett, with whom she worked and from whom she received instructions.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 1981a.

2. The employment practices alleged were committed within the jurisdiction of the United States District Court for the Southern District of Mississippi.

---

[1] Because of the nature of the conduct described in this Complaint, the EEOC has elected to utilize a pseudonym rather than the name of the Charging Party so as to protect her privacy. On July 13, 2005, Jeffery Walker and Alison Tasma, attorneys for PIC, were notified that the Complaint would be filed using a pseudonym.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Productivity Improvement Center, Inc. (PIC and/or the "Employer"), a Michigan corporation, has continuously been doing business in the State of Mississippi and the City of Canton, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Jane Doe filed a charge with the Commission alleging violations of Title VII by Defendant PIC. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least May 2004, Defendant PIC has engaged in unlawful employment practices at its Canton, Mississippi, in violation of Sections 703(a)(1) and 704(a) of Title VII, 42 U.S.C. § 2000e-(a)(1) and 3(a). These practices include subjecting Jane Doe to sexual harassment.

8. The Defendant, through the conduct of George Luckett, Supervisor, subjected Jane Doe to a sexually hostile environment at the Nissan plant in Canton, Mississsppi, where some of its employees were assigned to work. Luckett's actions

included, but were not limited to, making sexually offensive remarks to Jane Doe, asking her to have sex with him, raping her and forcing her to perform oral sex on him.

9. Defendant's sexual harassment policy was facially ineffective and was not properly implemented.

10. After reporting the sexual harassment to Sharon Grisette, Luckett's supervisor, Jane Doe was told by Grisette that she (Grisette) did not want to hear the claim. She also told Jane Doe that if she wanted to keep her job, she would return to work immediately. After reporting the sexual harassment to Grisette, the sexual harassment increased to the point that Luckett raped Doe on the job.

11. Jane Doe reported the unwelcome comments to Luckett's supervisor but no corrective action was taken.

12. Defendant failed to exercise reasonable care to prevent and correct promptly the sexually harassing conduct of George Luckett.

13. In June 2004, pursuant to Luckett's instruction, Jane Doe went to Defendant's onsite trailer to obtain some documents.

14. Luckett was the only other person at the trailer when Jane Doe arrived.

15. When Jane Doe went into the trailer, Luckett told her to go into a room on the left, presumably to get a form. He followed her in and shut the door behind him.

16. Luckett told Jane Doe that she knew what she had to do to keep her job. She asked him what he meant by the threat and reached for the door.

17. Luckett then grabbed Ms. Jackson around her neck, pulled her clothes down while still holding her neck, pushed her over a chair and raped her. He then forced her to get on her knees, put his penis into her mouth and ejaculated in her mouth.

18. After Luckett raped Jane Doe, he told her to straighten herself up and then told her that if she said anything that he would "jump on" her and that he a gun in his car.

19. Jane Doe saw Luckett leave the Nissan facility and went out into the plant.

20. Jane Doe reported what had happened to her to the Lextron Human Resource Manager, Michael Gator, who then contacted Nissan security.

21. Nissan Security then contacted the Madison County sheriff's department who took over the investigation.

22. Ms Jackson was transported to the police department and then to the hospital where she was examined and received rape counseling.

23. As a result of having to work under these conditions Jane Doe suffered severe emotional and psychological injuries, requiring psychiatric treatment.

24. Jane Doe has been unable to return to work as a result of the injuries that she suffered.

25. The effect of the practice(s) complained of in paragraphs 7 through 24 above has been to deprive Jane Doe of equal employment opportunities and otherwise adversely affect her status as employee because of her sex.

26. The unlawful employment practices complained of in paragraphs 7 through 24 above were intentional.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant PIC, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sexual harassment and any other employment practice which discriminates on the basis

of sex.

B.   Order Defendant PIC to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

C.   Order Defendant PIC to make whole Jane Doe, by providing appropriate backpay with prejudgment interest, and front pay in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement or front pay.

E.   Order Defendant PIC to make whole Jane Doe by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7 through 24 above, including, but not limited to, medical expenses, in amount to be determined at trial.

F.   Order Defendant PIC to pay Jane Doe punitive damages for its malicious and reckless conduct described in paragraphs 7 through 24 above, in amounts to be determined at trial.

J.   Grant such further relief as the Court deems necessary and proper in the public interest.

K.   Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

**ERIC S. DREIBAND**
General Counsel

**JAMES L. LEE**
Deputy General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel

Equal Employment Opportunity
Commission
1801 "L" Street, Northwest
Washington, D.C. 20507

_____
CHARLES E. GUERRIER
Ohio Bar # 0023546
Regional Attorney

_____
PRISCA M. DELEONARDO
AL Bar # ASB - 6535 - D67P
Supervisory Trial Attorney

_____
PAMELA K. AGEE   AL Bar # ASB-1713-A52P
Senior Trial Attorney for the Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Birmingham District Office
Ridge Park Place
1130 22nd Street, South
Birmingham, AL 35205
Telephone: (205)212-2050
Fax Number(205) 212-2041
pamela.agee@eeoc.gov